UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JAMES ASHFORD, S.C., KEON CANADA, M.C.,
WALTER COLEMAN, JERROLD EZELL, R.P.,
ANTHONY PETTIS, and L.L.R.,

      Plaintiffs,

  v.                                    Case No. 13-CV-00771

CITY OF MILWAUKEE, CHIEF EDWARD FLYNN,
CAPTAIN EDITH HUDSON, SERGEANT JASON
MUCHA, LIEUTENANT WILLIAMS, MICHAEL
VAGNINI, MICHAEL GASSER, JACOB KNIGHT,
AMY BARTOL, JEFFREY DOLLHOPF, OFFICER SERGIO,
OFFICER SEITZ, OFFICER VANDERVESS, OFFICER
BLACKWELL, AND OFFICER VINTO,

      Defendants.

---

### RULE 21 MOTION OF DEFENDANTS CITY OF MILWAUKEE, EDWARD FLYNN, EDITH HUDSON, JASON MUCHA, MICHAEL VAGNINI, MICHAEL GASSER, JACOB KNIGHT, AMY BARTOL, AND STEPHANIE SEITZ TO SEVER THE CLAIMS OF EACH PLAINTIFF, DUE TO THE MISJOINDER OF PARTIES

---

Defendants City of Milwaukee, Edward Flynn, Edith Hudson, Jason Mucha, Michael Vagnini, Michael Gasser, Jacob Knight, Amy Bartol, and Stephanie Seitz respectfully move the Court to order that the claims of each plaintiff be severed into individual cases, due to the misjoinder of the plaintiffs and defendants. This motion is made pursuant to Fed. R. Civ. P. 21, and it is supported by the brief filed in support thereof.

Dated and signed at Milwaukee, Wisconsin this 30th day of September, 2013.

> GRANT F. LANGLEY
> City Attorney
>
> s/Susan E. Lappen
> State Bar No. 01003567
> Assistant City Attorney
> Attorneys for Defendants
> City of Milwaukee, Edward Flynn
> Edith Hudson, Jason Mucha,
> Michael Vagnini, Michael Gasser,
> Jacob Knight, Amy Bartol, and
> Stephanie Seitz

P.O. ADDRESS:

800 City Hall
200 East Wells Street
Milwaukee, WI 53202
(414) 286-2601

1032-2013-1955:196332