GRANT F. LANGLEY
City Attorney

LINDA ULISS BURKE
VINCENT D. MOSCHELLA
MIRIAM R. HORWITZ
ADAM B. STEPHENS
Deputy City Attorneys



Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

STUART S. MUKAMAL
THOMAS J. BEAMISH
MAURITA F. HOUREN
JOHN J. HEINEN
SUSAN E. LAPPEN
JAN A. SMOKOWICZ
PATRICIA A. FRICKER
HEIDI WICK SPOERL
KURT A. BEHLING
GREGG C. HAGOPIAN
ELLEN H. TANGEN
JAY A. UNORA
KATHRYN Z. BLOCK
KEVIN P. SULLIVAN
THOMAS D. MILLER
JARELY M. RUIZ
ROBIN A PEDERSON
JEREMY R. MCKENZIE
MARY L. SCHANNING
PETER J. BLOCK
NICHOLAS P. DESIATO
JOANNA GIBELEV
JENNY YUAN
KAIL J. DECKER
ALLISON N. FLANAGAN
LA KEISHA W. BUTLER
PATRICK J. LEIGL
HEATHER H. HOUGH
ANDREA J. FOWLER
PATRICK J. MCCLAIN
NAOMI E. GEHLING
CALVIN V. FERMIN
BENJAMIN J. ROOVERS
Assistant City Attorneys

December 23, 2015

The Honorable Lynn Adelman
United States District Judge
United States Courthouse
517 E. Wisconsin Avenue, Room 364
Milwaukee, WI 53202

Re: *Ashford et al. v. City of Milwaukee, et al.*
Case Number: 13C0771
and other related cases

Dear Judge Adelman:

I write to formally advise you that on December 15, 2015, the City Attorney submitted a proposed settlement agreement for approval by the Common Council for the City of Milwaukee. The settlement pertains to the cases listed at the close of this letter, as well claims that have not been filed as lawsuits by eight additional persons. Based on the Council's calendar, it is anticipated that the Council could adopt the authorizing resolution at its January 19, 2016 meeting, subject to mayoral review. If not vetoed, the resolution would become effective on or about January 29, 2016.

To provide consistent information to the other courts involved in these related cases, I am filing a copy of this letter as indicated below in each case and court listed below.

We appreciated your assistance with the mediation of these matters, as well as the patience and cooperation of all of the courts who have had these cases.

Very truly yours,

s/Miriam R. Horwitz
Miriam R. Horwitz
Deputy City Attorney

c: All Counsel of Record
1032-2013-1955:223905

| Case | Judge | Case No. |
|---|---|---|
| *Ashford, et al. v. City of Milwaukee, et al.* *R.M. v. City of Milwaukee, et al.* *D.J.B., et al. v. City of Milwaukee, et al.* *Biami, et al. v. City of Milwaukee, et al.* | Hon. Lynn Adelman | 13-CV-00771 |
| *Caine v. City of Milwaukee, et al.* | Hon. J.P. Stadtmueller | 14-CV-01548 |
| *Collier v. City of Milwaukee, et al.* | Hon. J.P. Stadtmueller | 15-CV-00311 |
| *Dotson v. City of Milwaukee, et al.* | Hon. Pamela Pepper | 15-CV-00197 |
| *Freeman v. City of Milwaukee, et al.* | Hon. Nancy Joseph | 13-CV-00918 |
| *Gibson v. City of Milwaukee, et al.* | Hon. Charles N. Clevert, Jr. | 13-CV-01021 |
| *Hoskin v. City of Milwaukee, et al.* | Hon. J.P. Stadtmueller | 13-CV-00920 |
| *Lawrence v. City of Milwaukee, et al.* | Hon. Rudolph T. Randa | 14-CV-00312 |
| *Mann v. City of Milwaukee, et al.* | Hon. Charles N. Clevert, Jr. | 13-CV-00919 |
| *Mukes v. City of Milwaukee, et al.* | Hon. Pamela Pepper | 13-CV-01268 |

The Honorable Lynn Adelman
December 23, 2015
Page 3

| | | |
|---|---|---|
| *Phillips v. City of Milwaukee, et al.* | Hon. Charles N. Clevert, Jr. | 15-CV-00679 |
| *R.S., et al. v. City of Milwaukee, et al.* | Hon. Pamela Pepper | 13-CV-01485 |
| *Ragland v. City of Milwaukee, et al.* | Hon. Lynn Adelman | 13-CV-01118 |
| *Wright v. City of Milwaukee, et al.* | Hon. Lynn Adelman | 13-CV-01028 |