# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**JAMES ASHFORD, et al.**
        **Plaintiffs,**

    **v.**                            **Case No. 13-C-0771**

**CITY OF MILWAUKEE, et al.**
        **Defendants.**

---

**ANGUS WRIGHT**
        **Plaintiff,**

    **v.**                            **Case No. 13-C-1028**

**CITY OF MILWAUKEE, et al.**
        **Defendants.**

---

**DEVIN RAGLAND**
        **Plaintiff,**

    **v.**                            **Case No. 13-C-1118**

**CITY OF MILWAUKEE, et al.**
        **Defendants.**

---

## ORDER

Because the parties in the above-captioned actions have reached a settlement, the cases will be closed for administrative purposes only, and all pending motions will be terminated without prejudice to their being renewed in the event that the settlement does not become final.

**SO ORDERED** at Milwaukee, Wisconsin, this 21st day of January, 2016.

                               s/Lynn Adelman
                               LYNN ADELMAN
                               District Judge